# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2482

_____

Robert L. Erickson

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*

_____

Appeal from United States District Court
for the District of South Dakota - Pierre

_____

Submitted: June 14, 2018
Filed: June 21, 2018
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

The judgment of the district court is vacated. The case is remanded to the district court with directions to dismiss the *Johnson* claim only and for further proceedings on the remaining claims.

_____